United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

GEORGE MARTHA,
Plaintiff,
v.
DARA KHOSROWSHAHI,
Defendant.

Case No. 25-cv-10303-PHK

**ORDER TO SHOW CASE RE: FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS**

Re: Dkt. 7

On November 21, 2025, Plaintiff, who is representing himself *pro se* in this action, filed the initial Complaint and an application to proceed *in forma pauperis* ("IFP") in this action. *See* Dkts. 1, 2. On February 17, 2026, the Court issued an Order denying without prejudice Plaintiff's IFP application on the grounds that Plaintiff's financial affidavit contained incomplete and contradictory information. [Dkt. 7 at 3]. In that Order, the Court granted Plaintiff leave to file an amended IFP application with complete and accurate financial information by no later than April 3, 2026. *Id.* As of the date of the instant Order to Show Cause, the deadline for Plaintiff to file an amended IFP application has passed by over three months. Plaintiff's most recent communication with the Court was a letter filed on February 23, 2026. [Dkt. 8]. To date, Plaintiff has neither filed an amended IFP application nor requested an extension of time.

The Court possesses the inherent power to dismiss an action *sua sponte* if a plaintiff fails to prosecute their action or fails to comply with court orders. Fed. R. Civ. P. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962) (dismissal for failure to prosecute); *Yourish v. Cal. Amplifier*, 191 F.3d 983, 987 (9th Cir. 1999) (dismissal for failure to comply with court orders).

The Court's February 17, 2026 Order stated that "[s]hould Plaintiff fail to file an amended

IFP application by the due date set by this Order, the Court may direct the Clerk to reassign this case to a District Judge with a recommendation that this case be dismissed for failure to prosecute and/or comply with court orders." [Dkt. 7 at 3]. As noted above, the deadline set by the February 17 Order has long passed without any filing by Plaintiff in response to that Order.

The Court hereby again provides **NOTICE** by this **ORDER TO SHOW CAUSE** that failure to comply with this Court's orders and failure to prosecute this case—including failure to respond to this Order to Show Cause or failure to file an amended IFP application and financial affidavit by the deadline—will result in negative consequences for Plaintiff's case, including the issuance of a Report and Recommendation for dismissal of this action.

Accordingly, the Court herein **ORDERS** that, by no later than **August 21, 2026**, Plaintiff **SHALL EITHER** (1) file an amended IFP application which cures the deficiencies noted by this Court's February 17, 2026 Order; **OR** (2) file a written response to this Order to Show Cause explaining why this action should not be dismissed for failure to prosecute this case or for failure to comply with the Court's directives and orders. If Plaintiff files, by **August 21, 2026**, an amended IFP application curing the deficiencies noted in the February 17, 2026 Order, such a filing will be deemed a response to this Order to Show Cause, and no other written response would be necessary.

If Plaintiff needs additional time to prepare and file an amended IFP application, Plaintiff shall explain and show sufficient grounds in good faith why and how much additional time is needed in any written response filed by the **August 21, 2026** deadline.

If Plaintiff fails to respond to this Order to Show Cause by the **August 21, 2026** deadline set herein, the Court will issue a Report and Recommendation that this action be dismissed for failure to prosecute and failure to comply with Court Orders, and the Court will issue an Order directing the Clerk of Court to reassign this action to a District Judge for consideration of, and to take action on, that Report and Recommendation.

The Court previously advised Plaintiff of the various resources made available for *pro se* litigants. [Dkt. 7 at 4]. Further, the Court previously admonished Plaintiff that the Court requires Plaintiff Martha to comply with all of this Court's Orders (including this Order to Show Cause, the February 17, 2026 Order, and all Standing Orders available on the Court's website) and all deadlines

required by the Federal Rules of Civil Procedure, the Local Rules of this Court, the General Orders of this Court, and any other statutory requirements in a timely fashion.

The Clerk is **DIRECTED** to mail this Order to Show Cause to Plaintiff at his address of record.

**IT IS SO ORDERED.**

Dated: July 20, 2026

PETER H. KANG
United States Magistrate Judge